```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

                                 CRIMINAL CASE NO.

v.

                                 1:13-cr-97-02-JEC-GGB

MELODY LOCKETT CARTER,

   Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [53] recommending accepting defendant's plea of guilty tendered on January 10, 2014. No objections to the Report and Recommendation [53] have been filed.

It is hereby Ordered that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [53] and **ACCEPTS** the defendant's plea of guilty as to Count Twelve of the Indictment.

SO ORDERED this 23rd day of May, 2014.

                                                /s/ Julie E. Carnes
                                              JULIE E. CARNES
                                              CHIEF U.S. DISTRICT JUDGE